IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MUNLAKE CONTRACTORS, INC., AND BERKLEY REGIONAL INSURANCE COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:10-CV-1109-DGK |
| BRANTLEY DEVELOPMENTS, L.L.C., AND EAGLE CAPITAL CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Defendant Eagle Capital Corporation's (Eagle's) Motion for Relief from Judgment pursuant to Federal Rules of Civil Procedure 60(b)(6). The court has dismissed *Munlake Contractors, Inc. v. Brantley* (Case No. 4:10-CV-1109) pursuant to a prior order thereby satisfying Eagle's request either that this entire litigation be dismissed or that no entity be allowed to use findings of fact or conclusions of law from the Missouri litigation in the separate Mississippi action.

Because the prior case has been dismissed, Claimant's Motion is GRANTED.

**IT IS SO ORDERED.**

Date: September 12, 2011        /s/ Greg Kays
                                GREG KAYS, JUDGE
                                UNITED STATES DISTRICT COURT